■ George Eagan Ginther, Appellant, v Mary O'Grady Ginther, Defendant, and Vincent J. Sorrentino, Esq., et al., Respondents. (Appeal No. 1.) [815 NYS2d 857]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered January 18, 2005. The order denied plaintiff's motion for recusal.

■ George Eagan Ginther, Appellant, v Mary O'Grady Ginther et al., Respondent. (Appeal No. 2.) [815 NYS2d 881]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered June 29, 2005. The order, among other things, granted the cross motions of defendants for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Same memorandum as in *Ginther v Ginther* (30 AD3d 1031 [2006]). Present—Scudder, J.P., Gorski, Martoche, Green and Hayes, JJ.